ORIGINAL

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
JUN - 5 2002
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| TOM J. FELLAS, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTINENTAL AIRLINES, *et al.*,<br><br>Defendants. | Civil Case No. 02-00010<br><br><br><br>ORDER |

Due to the scheduling needs of the Court, the June 26, 2002 Scheduling Conference is hereby moved to Monday, July 8, 2002 at 3:30 p.m.

SO ORDERED this 4th day of June, 2002.

JOHN S. UNPINGCO
District Judge