Bill R. Mann, Esq.
Daniel J. Berman, Esq.
Berman O'Connor Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96932
Telephone: (671) 477-2778

Attorneys for Plaintiffs:

FILED
DISTRICT COURT OF GUAM
JUN 10 2002
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TOM J. FELLAS, RODICK ALBERT, JACK JACK, ANTHOLINO NET, ENDYMION M. CHEN, RON MORONI, DANIEL J. BERMAN and CELESTINE ENDAMO OTONG,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL AIRLINES and CONTINENTAL MICRONESIA AIRLINES,<br><br>Defendants. | CIVIL CASE NO. CIV02-00010<br><br>NOTICE OF DISMISSAL WITH PREJUDICE |

### NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiffs TOM J. FELLAS, RODICK ALBERT, JACK JACK, ANTHOLINO NET, ENDYMION M. CHEN, RON MORONI and DANIEL J. BERMAN, by and through undersigned counsel, and hereby dismiss their Complaint with prejudice against the Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). The Complaint and Summons has not been served on any adverse party. Plaintiff to bear their own costs.

Dated this 7 day of June, 2002

Respectfully submitted,

**BERMAN O'CONNOR MANN & SHKLOV**

Attorneys for Plaintiffs *TOM J. FELLAS, RODICK ALBERT, JACK JACK, ANTHOLINO NET, ENDYMION M. CHEN, RON MORONI and DANIEL J. BERMAN*

/s/ Daniel Berman
BILL R. MANN, ESQ.
DANIEL J. BERMAN, ESQ.

**ORIGINAL**