Bill R. Mann, Esq.
Daniel J. Berman, Esq.
Berman O'Connor Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96932
Telephone: (671) 477-2778

**DISTRICT FILED COURT OF GUAM**

JUN 10 2002

MARY L. M. MORAN
CLERK OF COURT

5

Attorneys for Plaintiffs:

# IN THE DISTRICT COURT OF GUAM

TOM J. FELLAS, RODICK ALBERT, JACK JACK, ANTHOLINO NET, ENDYMION M. CHEN, RON MORONI, DANIEL J. BERMAN and CELESTINE ENDAMO OTONG,

Plaintiffs,

v.

CONTINENTAL AIRLINES and CONTINENTAL MICRONESIA AIRLINES,

Defendants.

) ) ) ) ) ) ) ) ) ) ) ) )

CIVIL CASE NO. CIV02-00010

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I, JEANNETTE R. TORRES, hereby certify that a true and accurate copy of the foregoing Notice of Dismissal with Prejudice was served by e-mail, facsimile, and U.S. Mail First Class on June 8, 2002 to the Defendant's representative below.

Nancy Tibbitts
Sr. Claims Analyst
Continental Airlines, Inc.
Grounds Safety & Risk Management
Post Office Box 4607 (HQSRK)
Houston, TX 72210-4607
FAX NO.: (713) 324-5661
E-MAIL: ntibbi@coair.com

BY: _____
JEANNETTE R. TORRES

E:\Jean\Plds\882.wpd

# ORIGINAL