Bill R. Mann, Esq.
Daniel J. Berman, Esq.
Berman O'Connor Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96932
Telephone: (671) 477-2778

Attorneys for Plaintiffs:

FILED
DISTRICT COURT OF GUAM
JUN 1 2 2002
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TOM J. FELLAS, RODICK ALBERT, JACK JACK, ANTHOLINO NET, ENDYMION M. CHEN, RON MORONI, DANIEL J. BERMAN and CELESTINE ENDAMO OTONG,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL AIRLINES and CONTINENTAL MICRONESIA AIRLINES,<br><br>Defendants. | CIVIL CASE NO. CIV02-00010<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff CELESTINE ENDAMO OTONG, by and through undersigned counsel, and hereby dismisses his Complaint without prejudice against the Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). The Complaint and Summons has not been served on any adverse party. Plaintiff to bear his own costs.

Dated this __12__ day of June, 2002

Respectfully submitted,

**BERMAN O'CONNOR MANN & SHKLOV**

Attorneys for CELESTINE E. OTONG

_____
BILL R. MANN, ESQ.
DANIEL J. BERMAN, ESQ.

E:\Dan\YapCrash\NOTICEDISMISSAL.wpd

ORIGINAL

Bill R. Mann, Esq.
Daniel J. Berman, Esq.
Berman O'Connor Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96932
Telephone: (671) 477-2778

Attorneys for Plaintiffs:

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TOM J. FELLAS, RODICK ALBERT, JACK JACK, ANTHOLINO NET, ENDYMION M. CHEN, RON MORONI, DANIEL J. BERMAN and CELESTINE ENDAMO OTONG,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL AIRLINES and CONTINENTAL MICRONESIA AIRLINES,<br><br>Defendants. | CIVIL CASE NO. CIV02-00010<br><br><br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I, EMMAJEAN T. OGO, hereby certify that a true and accurate copy of the foregoing Notice of Dismissal without Prejudice was served by e-mail and U.S. Mail First Class on June 12, 2002 to the Defendant's representative below.

Nancy Tibbitts
Sr. Claims Analyst
Continental Airlines, Inc.
Grounds Safety & Risk Management
Post Office Box 4607 (HQSRK)
Houston, TX 72210-4607

E-MAIL: ntibbi@coair.com

BY: *Emmajean J. Ogo*
EMMAJEAN J. OGO

E:\Dan\YapCrash\NOTICEDISMISSAL.wpd